CITY OF COVINGTON, etc., et al., Movant, v. Harry LIEDHEGNER, Opposed.

CITY OF COVINGTON, etc., et al., Movant, v. Dan KINGSLEY, Opposed.

CITY OF COVINGTON, etc., et al., Movant, v. Hobart HALE, Opposed.

Court of Appeals of Kentucky.

Dec. 20, 1940.

Stanley Chrisman, City Solicitor, and Joseph W. Dotchengall, Assistant City Solicitor, for movant.

J. Richard Udry, opposed.

PER CURIAM.

Appeals denied; judgments affirmed.